EIDINGER & HAGER, INC., Respondent, v. FRANK H. ADAMS, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

METROPOLITAN TOBACCO COMPANY, in Behalf of Itself and of All the Other Creditors of PARAMOUNT CONCESSIONS, INC., Respondent, v. PARAMOUNT CONCESSIONS, INC., Defendant, Impleaded with SAMUEL HORWITZ, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Z. HARRY ALTMARK, as Surviving Partner, etc., Appellant, v. WILLIAM REICHMAN and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BARNARD NATHAN Co., INC., Respondent, v. NATHAN NATELSON and Another, Defendants, Impleaded with MOE LEIGHT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LAWYERS MORTGAGE COMPANY, Respondent, v. HARRIS ISRAEL and Others, Defendants. (JOEL SLONIM, Receiver, Appellant.)— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARTIN LATZKO, Respondent, v. FORTY-SECOND STREET, MANHATTAN AND ST. NICHOLAS AVENUE RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of FANNY E. KROOKS to Determine an Attorney's Lien for Professional Services against the Award to Be Made for the Taking of Premises Designated as Damage Parcels Nos. 361 and 362, in Proceedings by the CITY OF NEW YORK to Acquire Title to Certain Lands and Premises Required for the Widening of Chrystie Street, from Canal Street to East Houston Street, Forsyth Street from East Broadway to East Houston Street, Hester Street, Broome Street, Rivington Street and Stanton Street from Chrystie Street to Forsyth Street, Together with the Additional Lands to Be Acquired in Connection Therewith, in the Borough of Manhattan, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., dissents.

MORLAND MORTGAGE COMPANY, Plaintiff, v. SARA CHAIKIN, Appellant, and PENDAR HOLDING CORPORATION, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SAMUEL BROOKS, Respondent, v. RAPHAEL GOPERSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BIRDIE HATOFF, Respondent, v. HARRY HATOFF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of GRAVES-QUINN CORPORAIION for an Order Confirming the Award of the Arbitrators in the Controversy between GRAVES-QUINN CORPORATION, Respondent, and ALFRED C. KIHN, Appellant.— O der